# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             CASE NO. 24-10117-JWB

**ANGEL JOHN MARTIN,**
**SHARI JOYANN STREIT, and**
**ANNA PETERSBURG**

        Defendants.

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about April 27, 2024, in the District of Kansas, the defendants,

**ANGEL JOHN MARTIN, and**
**SHARI JOYANN STREIT,**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a prepubescent child whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and

1

knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and Title 18, United States Code, Section 2.

## COUNT 2

### Sexual Exploitation of a Child – Production of Child Pornography
### [18 U.S.C. § 2251(a)]

On or about April 27, 2024, in the District of Kansas, the defendants,

**ANGEL JOHN MARTIN, and
SHARI JOYANN STREIT,**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a prepubescent child whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually

been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and Title 18, United States Code, Section 2.

## COUNT 3

### Sexual Exploitation of a Child – Attempted Production of Child Pornography
### [18 U.S.C. § 2251(a)]

On or about April 7, 2024, in the District of Kansas, the defendant,

**SHARI JOYANN STREIT,**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 2 (a child under the age of 14 whose identity is known to the Grand Jury), and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 4

**Sexual Exploitation of a Child – Attempted Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about April 8, 2024, in the District of Kansas, the defendant,

**ANGEL JOHN MARTIN, and**
**SHARI JOYANN STREIT,**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a prepubescent child whose identity is known to the Grand Jury), and did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a) and Title 18, United States Code, Section 2.

## COUNT 5

**Sexual Exploitation of a Child – Production of Child Pornography**
**[18 U.S.C. § 2251(a)]**

On or about May 16, 2024, in the District of Kansas, the defendant,

**ANGEL JOHN MARTIN,**

knowingly used, persuaded, induced, enticed or coerced a minor, Minor Victim 1 (a prepubescent child whose identity is known to the Grand Jury), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, or if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

In violation of Title 18, United States Code, Section 2251(a).

## COUNT 6

### Sexual Exploitation of a Child – Production of Child Pornography
### [18 U.S.C. § 2251(b) and (e)]

On or about May 16, 2024, in the District of Kansas, the defendant,

**SHARI JOYANN STREIT**,

having custody or control of a minor, Minor Victim 1, (a prepubescent child whose identity is known to the Grand Jury), did knowingly permit Minor Victim 1 and did knowingly assist another person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or

foreign commerce or in or affecting interstate or foreign commerce or mailed, and knowing or having reason to know that such visual depiction would be produced using materials that had been mailed, shipped, and transported in and affecting interstate or foreign commerce, and such visual depiction was transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce.

In violation of Title 18 United States Code, Section 2251(b).

## COUNT 7

### Possession of Child Pornography
### [18 U.S.C. 2252A(a)(5)(B)]

On or about August 27, 2024, in the District of Kansas, the defendant,

### ANGEL JOHN MARTIN,

knowingly possessed and accessed with intent to view any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 8

### Distribution of Child Pornography
### [18 U.S.C. § 2252A(a)(2)]

On or about August 22, 2024, in the District of Kansas, the defendant,

**ANGEL JOHN MARTIN,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### COUNT 9

**Receipt of Child Pornography**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 22, 2024, in the District of Kansas, the defendant,

**ANNA PETERSBURG,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### FORFEITURE NOTICE

The allegations contained in Counts 1-9 of this Second Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2. Upon conviction of one or more of the offenses set forth in Counts 1-9 of this Second Superseding Indictment, the defendants,

**ANGEL JOHN MARTIN** (Counts 1, 2, 4-5, 7-8),
**SHARI JOYANN STREIT,** (Counts 1-4, 6), and
**ANNA PETERSBURG** (Count 9),

7

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

    A. a Samsung Galaxy S23 Ultra; S/N R3CW90882NX;

    B. an Apple iPhone 14 Plus; S/N HM97G40NH5; and

    C. a Samsung Galaxy S23+; S/N R5CW33E34CM

A TRUE BILL.

October 29, 2024        s/Foreperson
DATE      FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

> IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Counts 1-6: Sexual Exploitation of a Child (Production and Attempt to Produce Child Pornography)**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years.

- If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).
- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3).
- An additional assessment of not more than $50,000.00.  18 U.S.C. §2259A(a)(3).

**Count 7:  Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than twenty years (20) years.

- If such person has a prior conviction under chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. §

   3583(k).

- A fine not to exceed $250,000.00.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3).

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(1).

**Counts 8-9: Receipt, Distribution of Child Pornography and Solicitation**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years.  [18 U.S.C. § 2252A(b)(1)]

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00.  18 U.S.C. § 2259A(a)(2).